FORM CACB (od13h VAN–160) (12/2010)

# United States Bankruptcy Court
## Central District Of California

**255 East Temple Street, Los Angeles, CA 90012**

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM CHAPTER 13 TRUSTEE'S MOTION TO DISMISS
## [11 U.S.C. § 1307]

**DEBTOR INFORMATION:**
Lester Hugh Donald Young Jr.

**BANKRUPTCY NO.** 2:13–bk–36899–VZ

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–4214
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 4/14/14

**Address:**
5434 4th Avenue
Los Angeles, CA 90043

Pursuant to the Chapter 13 Trustee's motion to dismiss ("Motion") and supporting declaration in this case,

IT IS ORDERED that the Motion is granted, and

(1) debtor's bankruptcy case is dismissed;

(2) the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362.

Dated: April 14, 2014

BY THE COURT,
**Vincent P. Zurzolo**
United States Bankruptcy Judge